## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | |
|---|---|
| **1.4G HOLDINGS, LLC, a Nevada limited-liability company** | **PLAINTIFF/COUNTER DEFENDANT** |
| v. | No. 4:23-cv-346-DPM |
| **INTERSTATE FIREWORKS, LLC, an Arkansas domestic limited liability company** | **DEFENDANT** |
| v. | |
| **A-1 FIREWORKS, INC., an Arkansas corporation** | **DEFENDANT/THIRD-PARTY PLAINTIFF** |
| v. | |
| **WINCO FIREWORKS INTERNATIONAL, LLC, a Missouri foreign limited liability company** | **THIRD-PARTY DEFENDANT** |
| v. | |
| **JIANGXI PANDA FIREWORKS CO., LTD, A Chinese entity** | **DEFENDANT/COUNTER CLAIMANT** |

## JUDGMENT

All claims by all parties are dismissed with prejudice. The Court retains jurisdiction until 27 October 2025 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

_____
26 August 2025